■      In the Matter of IRVING R. WISCH et al. — Motion pursuant to section 593 of the Judiciary Law denied for lack of standing. Concur — Stevens, P. J., Capozzoli, Tilzer, McGivern and Markewich, JJ.